FISHER & PHILLIPS LLP
3800 Howard Hughes Parkway, Suite 950
Las Vegas, Nevada 89169

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MARTHA MURILLO & EMMA MONTES,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>OAKLEY, INC., ALAR STAFFING and DOES I-X,<br><br>　　　　　Defendant(s) | Case No.: 3:09-cv-00353-LRH-VPC<br><br>**STIPULATION, REQUEST AND　　　　ORDER FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFFS' COMPLAINT**<br><br>**(First Request)** |

　　　　Plaintiffs Martha Murillo and Emma Montes and Defendant Alar Staffing ("Alar"), by and through their counsel of record, hereby respectfully submit this Stipulation, Request and Proposed Order for Extension of Time to Answer or Otherwise Respond to Plaintiffs' Complaint (the Stipulation"). This Stipulation is made in accordance with LR 6-1, LR 6-2, and LR 7-1 of the Local Rules of this Court. This is the second request for an extension of time to file an Answer or otherwise respond to Plaintiffs' Complaint.

　　　　Alar was served with a copy of the Summons and Complaint in this matter on July 18, 2009. Fisher & Phillips, LLP was retained to represent Alar in this matter during the week of July 27, 2009. Additionally, lead counsel for Alar is out of the State from August 3-5, 2009, at a client conference where he is presenting. This request for

- 1 -

LasVegas 80961.1

an extension of time is made to allow Alar's newly retained counsel sufficient time to do the required research and preparation to properly respond on its client's behalf.

Upon agreement of Plaintiffs and Alar Staffing, it is respectfully requested that this Court grant an extension of time, up to and including August 21, 2009, for Alar to file an answer or otherwise respond to Plaintiffs' Complaint. By entering into this Stipulation, Alar does not waive any rights it has under statute, law, or rule to challenge or oppose Plaintiffs' Complaint.

DATED this 3rd day of August , 2009     DATED this 6th day of August , 2009

LAW OFFICE OF MARK MAUSERT     FISHER & PHILLIPS LLP

/s/ Mark L. Mausert     /s/ Jeffrey D. Winchester
Mark L. Mausert, Esq.     Jeffrey D. Winchester, Esq.
930 Evans Avenue     Christina M. Mallatt, Esq.
Reno , NV 89512     3800 Howard Hughes Pkwy, Ste. 950
Attorneys for Plaintiffs     Las Vegas, NV  89169
    Attorneys for Defendant MONTANA INVESTMENTS, INC.

DATED this 5th day of August , 2009

/s/ Mauricio Hernandez
Mauricio Hernandez, Esq.
P.O. Box 7347
Goodyear, AZ  85338
Attorneys for Plaintiffs

**ORDER**

GOOD CAUSE APPEARING:

IT IS ORDERED that Alar Staffing's request for an extension of time to answer or otherwise respond to Plaintiffs' Complaint is granted and said answer or response is due on or before August 21, 2009.

DATED: August 6, 2009.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

FISHER & PHILLIPS LLP
3800 Howard Hughes Parkway, Suite 950
Las Vegas, Nevada 89169

LasVegas 80961.1

- 2 -