# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| MARTHA MURILLO and EMMA MONTES, | 3:09-CV-0353-LRH (VPC) |
| Plaintiffs, | **MINUTES OF THE COURT** |
| vs. | October 6, 2009 |
| OAKLEY, INC., ALAR STAFFING, et al., | |
| Defendants. | |

PRESENT:   THE HONORABLE ROBERT A. McQUAID, JR., U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   JENNIFER COTTER          REPORTER:   NONE APPEARING

COUNSEL FOR PLAINTIFF(S):   NONE APPEARING

COUNSEL FOR DEFENDANT(S):   NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Defendant Alar Staffing, Inc., has filed a Motion to Excuse Insurance Carrier Representative from Attending Early Neutral Evaluation Session (Doc. #16).  Good cause appearing,

Defendant Alar Staffing, Inc.'s Motion to Excuse Insurance Carrier Representative from Attending Early Neutral Evaluation Session (Doc. #16) is **GRANTED**.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:          /s/          
Deputy Clerk