# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| MARTHA MURILLO and EMMA MONTES, )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>OAKLEY, INC., ALAR STAFFING, )<br>et al., )<br>)<br>Defendants. )<br>_____ ) | 3:09-CV-0353-LRH (VPC)<br><br>**MINUTES OF THE COURT**<br><br>October 6, 2009 |

PRESENT:  <u>THE HONORABLE ROBERT A. McQUAID, JR.</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:  <u>JENNIFER COTTER</u>        REPORTER:  <u>NONE APPEARING</u>

COUNSEL FOR PLAINTIFF(S):  <u>NONE APPEARING</u>

COUNSEL FOR DEFENDANT(S):  <u>NONE APPEARING</u>

**MINUTE ORDER IN CHAMBERS:**

   Defendant Oakley, Inc. has filed a Motion to Excuse Insurance Carrier from Attending Early Neutral Evaluation Session (Doc. #18).  Good cause appearing,

   Defendant Oakley, Inc.'s Motion to Excuse Insurance Carrier from Attending Early Neutral Evaluation Session (Doc. #18) is **GRANTED**.

   **IT IS SO ORDERED.**

                                                              LANCE S. WILSON, CLERK

                                                              By: <u>        /s/        </u>
                                                                    Deputy Clerk